



## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
U S COURTHOUSE
231 WEST LAFAYETTE BLVD.
DETROIT, MICHIGAN 48226

CHAMBERS OF
**PAUL D. BORMAN**
UNITED STATES DISTRICT JUDGE

313 234-5120

May 17, 2010

Committee on Financial Disclosure
Administrative Office of U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC   20544

Judges:

My report signed and mailed on May 14, 2010, erroneously included pages listing the assets of an LLC, in which I no longer have an interest or manager status, nor am I a potential beneficiary. Accordingly, page 8 should be removed from my financial disclosure report. This change conforms with page 1 in which I am no longer listed as having a position in the LLC.

Thank you for your attention.

Sincerely,

Paul D. Borman
United States District Judge

PDB/rjm

Borman, Paul D.

| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Borman, Paul D. | 2. Court or Organization U.S. District Court, EDMI | 3. Date of Report 05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address Theodore Levin U.S. Courthouse 231 W. Lafayette, Rm. 740 Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Foundation |
| 2. Co-Trustee | Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/09 | West Publishing Company - Royalty | $1,584.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ralph C. Wilson, Buffalo Bills Football Team | 1/30-2/2 | Tampa, FL | Football Game | Meals, Game Ticket, 1 night Hotel |
| 2. | Ralph C. Wilson, Buffalo Bills Football Team | 8/7-8/10 | Canton, OH | Pro Football Hall of Fame, Football Game | Meals, Game Ticket, Hall of Fame Ticket |
| 3. | Ralph C. Wilson, Buffalo Bills Football Team | 9/20; 10/11 | Buffalo, NY | Football Game | Airfare, Meals, Game Ticket |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. PSaving/Checking Account Morgan/Chase | F | Interest | P1 | T | | | | | |
| 2. State of Israel Bonds | A | Interest | J | T | Redeemed (part) | 04/10/09 | J | A | |
| 3. Bristol-Myers Squibb Co. | C | Dividend | L | T | | | | | |
| 4. Campbell Soup Company | B | Dividend | L | T | | | | | |
| 5. Estee Lauder | C | Dividend | L | T | | | | | |
| 6. H.J. Heinz Company | D | Dividend | M | T | | | | | |
| 7. Kellogg Company | D | Dividend | N | T | | | | | |
| 8. Merck & Company, Inc. | C | Dividend | L | T | | | | | |
| 9. JP Morgan/Chase | D | Dividend | P1 | T | Donated (part) | | | | |
| 10. Proctor & Gamble Company (P&G) | E | Dividend | O | T | | | | | |
| 11. Pfizer | D | Dividend | M | T | | | | | |
| 12. 4% Int. Village Green Apt. Ltd. Partner, Southgate, MI | A | Rent | K | W | | | | | |
| 13. 11% Int. Kendallwood Apt. Ltd. Partner Farmington Hills, MI | F | Rent | N | W | | | | | |
| 14. Northwestern Mutual Life (Retirement Account | A | Interest | J | T | | | | | |
| 15. Teachers Insurance & Annuity Ass'n College Retirement Acct. | D | Interest | N | T | | | | | |
| 16. IRA Cash Equivalent Chase/Morgan Bank | A | Interest | J | T | | | | | |
| 17. IRA Stock Proctor & Gamble | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA Stock Sally Beauty | | None | J | T | Buy | 02/27/09 | J | | |
| 19. IRA Stock Sally Beauty | | None | J | T | Buy | 08/21/09 | J | | |
| 20. Equitable Life Ins. Company Retirement Account | A | Interest | K | T | | | | | |
| 21. Comerica Bank CD | B | Interest | | | Buy | 03/16/09 | M | | |
| 22. Comerica Bank CD | B | Interest | | | Redeemed | 09/16/09 | M | B | |
| 23. National City Bank CD | B | Interest | | | Buy | 03/02/09 | M | | |
| 24. National City Bank CD | B | Interest | | | Redeemed | 10/02/09 | M | | |
| 25. National City Bank CD | B | Interest | N | T | Buy | 10/02/09 | N | | |
| 26. U.S. Treasury Bills | B | Interest | | | Buy | 03/12/09 | P1 | | |
| 27. U.S. Treasury Bills | B | Interest | | | Redeemed | 09/10/09 | P1 | D | |
| 28. U.S. Treasury Bills | B | Interest | | | Buy | 09/10/09 | P1 | | |
| 29. U.S. Treasury Bills | B | Interest | | | Redeemed | 12/10/09 | P1 | C | |
| 30. U.S. Treasury Bills | B | Interest | P1 | T | Buy | 12/10/09 | P1 | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TRUST | | | | | | | | | |
| 36. Savings/Checking Account - Chase | E | Interest | P1 | T | | | | | |
| 37. Abbott Lab | A | Dividend | K | T | | | | | |
| 38. ALCOA | A | Dividend | K | T | Sold (part) | 05/05/09 | J | A | |
| 39. Allergan | A | Dividend | L | T | | | | | |
| 40. Applied Materials | A | Dividend | K | T | Sold (part) | 05/05/09 | K | A | |
| 41. Baker Hughes | A | Dividend | | | Sold | 10/30/09 | K | A | |
| 42. Campbell Soup Company | B | Dividend | L | T | | | | | |
| 43. Caterpillar | B | Dividend | L | T | | | | | |
| 44. Cisco | | None | K | T | | | | | |
| 45. Coca Cola | B | Dividend | K | T | | | | | |
| 46. Dentsply | A | Dividend | K | T | | | | | |
| 47. General Electric | C | Dividend | K | T | Sold (part) | 05/05/09 | K | A | |
| 48. General Electric | C | Dividend | K | T | Buy | 10/31/09 | J | | |
| 49. INTEL | A | Dividend | K | T | Buy | 10/31/09 | K | | |
| 50. Johnson & Johnson | A | Dividend | K | T | Buy | 10/31/09 | K | | |
| 51. Kellogg Company | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kimberly Clark | A | Dividend | L | T | Buy | 05/08/09 | K | | |
| 53. McCormick | A | Dividend | K | T | Buy | 05/08/09 | K | | |
| 54. Medtronic | B | Dividend | K | T | Sold (part) | 05/05/09 | K | A | |
| 55. Merck | B | Dividend | L | T | | | | | |
| 56. NESTLE | A | Dividend | L | T | Buy | 05/08/09 | L | | |
| 57. Newmont Mining | A | Dividend | | | Sold (part) | 05/05/09 | K | A | |
| 58. Newmont Mining | A | Dividend | | | Sold | 10/30/09 | K | B | |
| 59. Novartis | B | Dividend | L | T | Buy | 05/08/09 | K | | |
| 60. Novartis | B | Dividend | | | Sold (part) | 10/30/09 | K | A | |
| 61. Proctor & Gamble | A | Dividend | K | T | Buy | 05/08/09 | K | | |
| 62. Qualcomm | | None | L | T | | | | | |
| 63. Schlumberger | A | Dividend | L | T | | | | | |
| 64. Stryker Corporation | A | Dividend | K | T | Sold (part) | 10/30/09 | K | E | |
| 65. U.S. Treasury Bill | C | Interest | | | Buy | 03/12/09 | P1 | | |
| 66. U.S. Treasury Bill | C | Interest | | | Redeemed | 09/10/09 | P1 | C | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns D1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. L.L.C. | | | | | | | | | |
| 70. American Express | A | Dividend | | | Sold | 06/23/09 | K | E | |
| 71. JP Morgan/Chase | B | Dividend | N | T | Sold (part) | 07/15/09 | K | E | |
| 72. Bristol-Myers Squibb | D | Dividend | M | T | | | | | |
| 73. Boeing | A | Dividend | K | T | | | | | |
| 74. Caterpillar | B | Dividend | K | T | | | | | |
| 75. Pfizer | A | Dividend | | | Sold | 06/23/09 | J | | |
| 76. Stryker | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I, Paul D. Borman, am one of a class of potential beneficiaries of the Trust. I have never received any distributions from this Trust. The Trust Assets are listed in category VII, pages 6-7.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544